## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YENSON DANIEL CONTRERAS GUERRERO** | **CIVIL ACTION** |
| v. | **No. 26-3237** |
| **JL JAMISON,** *et al*. | |

### ORDER

**AND NOW**, this 18th day of May, 2026, upon consideration of the petition for a writ of habeas corpus, and the response thereto, it is hereby **ORDERED**:

1.  The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2.  The motion for temporary restraining order (ECF 1-4) is **DENIED AS MOOT**.

3.  Respondents shall **IMMEDIATELY RELEASE** Contreras Guerrero from custody and certify compliance with this Order by a filing on the docket before 10 a.m. on May 19, 2026, regarding Contreras Guerrero's custody status. Respondents shall return to Contreras Guerrero immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

4.  Respondents are **ENJOINED** for a period of seven days following Contreras Guerrero's release from custody pursuant to this order from detaining Contreras Guerrero based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[*]

---

[*] Contreras Guerrero is not subject to mandatory detention under 8 U.S.C. § 1225. If Contreras Guerrero is not released from custody because he is otherwise detained, for instance on a

5.  If the government seeks to detain Contreras Guerrero after the period of seven days, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Contreras Guerrero's remedy will recur.

6.  Contreras Guerrero may submit a motion and proposed order/judgment (or other procedural mechanism) regarding attorney fees within 30 days of this order.

7.  The Clerk is **DIRECTED** to close this case.

**BY THE COURT:**

_s/ Catherine Henry_
**CATHERINE HENRY, J.**

---

criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.